United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alexis Velazquez Rodriguez, Sr.  
    Debtor

Case No. 17-16696-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Dec 17, 2019  
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.  
14034334         MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,        Greenville, SC    29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:  
         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    MTGLQ Investors, L.P.  
           cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com  
         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    MTGLQ INVESTORS, L.P.  
           cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com  
         MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Alexis Velazquez Rodriguez, Sr.  
           ecfbc@comcast.net,    paecfbc@gmail.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Legacy Mortgage Asset Trust 2019-RPL3  
           bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                           TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-16696-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Alexis Velazquez Rodriguez, Sr.
3459 Jasper Street
Philadelphia PA 19134

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/16/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: MTGLQ Investors, L.P, c/o Shellpoint Mortgage Serving, PO Box 10826, Greenville, SC  29603-0826 | Select Portfolio Servicing, Inc.<br>as servicing agent for<br>Legacy Mortgage Asset Trust 2019-RPL3<br>Attn: Remittance Processing<br>PO Box 65450<br>SALT LAKE CITY, UT  84165-0450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/19/19

Tim McGrath
**CLERK OF THE COURT**