## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Alexis Velazquez Rodriguez Sr. aka      CHAPTER 13
Alexis Velazquez

BKY. NO. 17-16696 ELF

Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2019-RPL3 and index same on the master mailing list.

                                                            Respectfully submitted,
                                                         **/s/ Rebecca A. Solarz Esquire**
                                                         Rebecca A Solarz, Esquire
                                                         Kevin G. McDonald, Esquire
                                                         KML Law Group, P.C.
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106-1532
                                                         (215) 627-1322