United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-16696-elf
Alexis Velazquez Rodriguez, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Dec 22, 2022  Form ID: 234  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis Velazquez Rodriguez, Sr., 3459 Jasper Street, Philadelphia, PA 19134-2001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3 bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor MTGLQ Investors  L.P. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor MTGLQ INVESTORS  L.P. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MITCHELL LEE CHAMBERS, JR.
    on behalf of Debtor Alexis Velazquez Rodriguez  Sr. ecfbc@comcast.net, paecfbc@gmail.com

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Dec 22, 2022  Form ID: 234  Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Alexis Velazquez Rodriguez, Sr.
       Debtor(s)　　　　　　　　　　　　　　Case No:17−16696−elf
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

　　　　　　　　　　　　　　　　　　　　　　　For The Court


　　　　　　　　　　　　　　　　　　　　　　　Timothy McGrath,
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Date: 12/22/22