Certificate Number: 15111-PAE-DE-037087316

Bankruptcy Case Number: 17-16696



15111-PAE-DE-037087316

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2023, at 1:57 o'clock AM EST, Alexis Velazquez Rodriguez completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 6, 2023    By:  /s/Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education