United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 17-16696-elf
--- | ---
Alexis Velazquez Rodriguez, Sr. | Chapter 13
Debtor |

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
--- | --- | ---
Date Rcvd: Jan 10, 2023 | Form ID: 138OBJ | Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol** | **Definition**
--- | ---
+ | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

Recip ID | | Recipient Name and Address
--- | --- | ---
db | + | Alexis Velazquez Rodriguez, Sr., 3459 Jasper Street, Philadelphia, PA 19134-2001
13992372 | + | Clear Spring Loan Serv, 18451 N Dallas Pkwy Ste, Dallas, TX 75287-5202
13992373 | + | Commercial Acceptance, 2 W. Main St, Shiremanstown, PA 17011-6326
14443272 | + | Legacy Mortgage Asset Trust 2019-RPL3, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541
14035604 | + | Mitchell Lee Chambers, Esq., 602 Little Gloucester Road, Suite 5, Blackwood, NJ 08012-5213
13992379 | + | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 740039, Cincinnati, OH 45274-0039

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address
--- | --- | --- | --- | ---
smg | | Email/Text: megan.harper@phila.gov | Jan 11 2023 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595
smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946
14071509 | + | Email/Text: megan.harper@phila.gov | Jan 11 2023 00:22:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640
13992374 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 11 2023 00:22:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918
13992375 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2023 00:22:00 | IRS, P.O. Box 7346, Phila., PA 19101-7346
14442551 | ^ | MEBN | Jan 11 2023 00:15:43 | Legacy Mortgage Asset Trust 2019-RPL3, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541
13992376 | ^ | MEBN | Jan 11 2023 00:15:34 | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016
14034334 | | Email/Text: mtgbk@shellpointmtg.com | Jan 11 2023 00:22:00 | MTGLQ Investors, L.P, c/o Shellpoint Mortgage Serving, PO Box 10826, Greenville, SC 29603-0826
13992377 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2023 00:22:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620
13992378 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:22:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946
13992380 | | Email/Text: legalservices12@snaponcredit.com | Jan 11 2023 00:22:00 | Snap On Crdt, Attn: Bankruptcy, 950 Technology Way Suite 301, Libertyville, IL 60048
14440351 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 11 2023 00:22:00 | Select Portfolio Servicing, Inc., as servicing agent

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 10, 2023 | Form ID: 138OBJ | Total Noticed: 19

14001629          Email/PDF: ebn_ais@aisinfo.com

for, Legacy Mortgage Asset Trust 2019-RPL3,
Attn: Remittance Processing, PO Box 65450,
SALT LAKE CITY, UT 84165-0450

Jan 11 2023 00:33:57     T Mobile/T-Mobile USA Inc, by American
InfoSource LP as agent, PO Box 248848,
Oklahoma City, OK 73124-8848

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed
below:

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3 bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor MTGLQ Investors  L.P. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor MTGLQ INVESTORS  L.P. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3 mfarrington@kmllawgroup.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Alexis Velazquez Rodriguez  Sr. ecfbc@comcast.net, paecfbc@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Alexis Velazquez Rodriguez, Sr.

              Debtor(s)

Case No: 17−16696−elf

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street<br>
Suite 400<br>
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/10/23