United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-16696-pmm
Alexis Velazquez Rodriguez, Sr.     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Mar 21, 2023     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis Velazquez Rodriguez, Sr., 3459 Jasper Street, Philadelphia, PA 19134-2001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3 bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor MTGLQ Investors  L.P. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor MTGLQ INVESTORS  L.P. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3 mfarrington@kmllawgroup.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Mar 21, 2023 Form ID: 195 Total Noticed: 1

MITCHELL LEE CHAMBERS, JR.
    on behalf of Debtor Alexis Velazquez Rodriguez Sr. ecfbc@comcast.net, paecfbc@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Alexis Velazquez Rodriguez, Sr.  : Case No. 17−16696−pmm
    Debtor(s)

*ORDER*
_____

AND NOW, this day , March 21, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

72
Form 195